# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITZI M. CRENSHAW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 16-00955-RAO<br><br><br>**JUDGMENT** |

　　　In accordance with the Memorandum Opinion and Order filed concurrently herewith,

　　　IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: May 16, 2017

　　　　　　　　　　　　　　　　　/s/ Rozella A. Oliver
　　　　　　　　　　　　　　　　　ROZELLA A. OLIVER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE